UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BEL LAVORO, LLC, a Washington limited liability company,

Plaintiff,

v.

CREATIVE RETAIL PACKAGING, INC., a Texas corporation,

Defendant.

No. 2:18-cv-00814-RSM

**STIPULATED MOTION AND ORDER EXTENDING DEADLINES**

## STIPULATED MOTION

Plaintiff Bel Lavoro, LLC ("Bel Lavoro") and Defendant Creative Retail Packaging, Inc. ("CRP") (collectively, the "Parties"), by and through counsel, jointly request a 30-day extension of deadlines set forth in the Court's June 13, 2018 Order (Dkt. 5). The current deadlines are as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | July 11, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | July 18, 2018 |
| Combined Join Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | July 25, 2018 |

CRP's counsel has previously scheduled commitments, including a one-week arbitration beginning July 10, 2018 and family commitments the following week, such that he will be unable to meet the Court's initial deadline. Moreover, CRP has filed counterclaims, and Bel Lavoro has not yet responded to those claims. In light of these scheduling conflicts, and to ensure the Parties have adequate time to fulfill their respective obligations, the Parties jointly request that the above-scheduled deadlines be extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | August 10, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | August 17, 2018 |
| Combined Join Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | August 24, 2018 |

STIPULATED MOTION AND ORDER EXTENDING DEADLINES - 1
Case No. 2:18-cv-00814-RSM

53103870.1

The Parties agree that good cause exists for the Court to grant the requested extension.

DATED: July 9, 2018

| *s/Jessica L. Goldman* | *s/Rylan L.S. Weythman* |
| --- | --- |
| Jessica L. Goldman, WSBA #21856 | Rylan L.S. Weythman, WSBA #45352 |
| Summit Law Group PLLC | FOSTER PEPPER PLLC |
| 315 Fifth Avenue South, Suite 1000 | 1111 Third Avenue, Suite 3000 |
| Seattle, Washington 98104 | Seattle, Washington 98101-3292 |
| Telephone: (206) 676-7000 | Telephone: (206) 447-4400 |
| Facsimile: (206) 676-7001 | Facsimile: (206) 447-9700 |
| Email:jessicag@summitlaw.com | Email:rylan.weythman@foster.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## ORDER

Pursuant to the foregoing Stipulated Motion, and the Court finding good cause to grant the requested relief, the Stipulated Motion is GRANTED. The deadlines stated in the Court's Order (Dkt. 5) are extended as follows:

| | |
| --- | --- |
| Deadline for FRCP 26(f) Conference | August 10, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | August 17, 2018 |
| Combined Join Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | August 24, 2018 |

This 16th day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING DEADLINES - 2
Case No. 2:18-cv-00814-RSM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53103870.1