The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEL LAVORO, LLC, a Washington limited liability company,<br><br>                      Plaintiff,<br><br>    v.<br><br>CREATIVE RETAIL PACKAGING, INC., a Texas corporation,<br><br>                      Defendant. | CASE NO. 2:18-cv-00814-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

The parties hereto by and through their attorneys undersigned, stipulate that the matter having been fully compromised and settled, this action and all claims herein by any party may be dismissed with prejudice and without attorneys' fees or costs to any party.

DATED this 11th day of December, 2018.

| | |
|---|---|
| SUMMIT LAW GROUP PLLC<br>Attorneys for Plaintiff<br><br>By *s/ Jessica L. Goldman*<br>   Jessica L. Goldman, WSBA #21856<br>   jessicag@summitlaw.com<br>   315 Fifth Avenue South, Suite 1000<br>   Seattle, WA 98104<br>   (206) 676-7000 | FOSTER PEPPER PLLC<br>Attorneys for Defendants<br><br>By *s/ Rylan L.S. Weythman*<br>   Rylan L.S. Weythman, WSBA #45352<br>   *Rylan.weythman@foster.com*<br>   1111 Third Avenue, Suite 3000<br>   Seattle, WA 98101-3299<br>   (206) 447-6225 |

STIPULATION AND ORDER OF DISMISSAL - 1
CASE NO. 2:18-cv-00814-RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby **ORDERED** that all claims asserted by any party in this action are dismissed, with prejudice, and without award of attorneys' fees or costs to any party.

IT IS SO ORDERED.

DATED this 17 day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

| | |
|---|---|
| SUMMIT LAW GROUP PLLC<br>Attorneys for Plaintiff | FOSTER PEPPER PLLC<br>Attorneys for Defendants |
| By *s/ Jessica L. Goldman*<br>Jessica L. Goldman, WSBA #21856<br>*jessicag@summitlaw.com*<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br>(206) 676-7000 | By *s/ Rylan L.S. Weythman*<br>Rylan L.S. Weythman, WSBA #45352<br>*Rylan.weythman@foster.com*<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101-3299<br>(206) 447-6225 |

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 2:18-cv-00814-RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001